```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO RAYMOND ESPINOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0448-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MARIO RAYMOND ESPINOZA, | Date: November 18, 2008 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: John A. Mendez |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, MARIO RAYMOND ESPINOZA that the status conference hearing date of October 17, 2008 be vacated and continued to November 18, 2008 at 9:30 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from October 17, 2008 through and including November 18, 2008 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

| | |
|---|---|
| Dated: October 17, 2008 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Lauren D. Cusick<br>LAUREN D. CUSICK<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSHUA VAZQUEZ |
| Dated: October 17, 2008 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Lauren D. Cusick for<br>WILLIAM WONG<br>Assistant U.S. Attorney<br>per telephonic authorization |

**O R D E R**

IT IS SO ORDERED.

Dated: October 20, 2008

                                        /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge