1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #FL 0014255
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   MARIO RAYMOND ESPINOZA
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          ) No. CR-S-08-0448-JAM
                                       )
13              Plaintiff,             ) STIPULATION AND ORDER CONTINUING
                                       ) STATUS CONFERENCE
14       v.                            )
                                       )
15  MARIO RAYMOND ESPINOZA,            ) Date: May 12, 2009
                                       ) Time: 9:30 a.m.
16              Defendant.             ) Judge: John A. Mendez
    _____      )

17

18       It is hereby stipulated between the parties, William Wong,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, MARIO

21  RAYMOND ESPINOZA that the status conference hearing date of

22  April 28, 2009 be vacated and continued to May 12, 2009 at 9:30 a.m.

23       This continuance is requested as negotiations are continuing

24  between the parties and additional time is needed for defense

25  investigation.

26       It is further stipulated that the period from the date of this

27  order through and including May 12, 2009 should be excluded pursuant to

28  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

Dated: April 27, 2009                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Lauren D. Cusick
                                         LAUREN D. CUSICK
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MARIO RAYMOND ESPINOZA


Dated: April 27, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney


                                         /s/ Lauren D. Cusick for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney
                                         per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated:  4/27/2009

                                         /s/ John A. Mendez
                                         JOHN A. MENDEZ
                                         United States District Judge