DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-448 JAM |
| Plaintiff, | ORDER |
| v. | |
| MARIO RAYMOND ESPINOZA, Jr., | |
| Defendant. | |

On November 3, 2009, this matter came before the Court for status conference and defendant's motion to amend release order by the magistrate judge. Assistant United States Attorney Todd D. Leras appeared on behalf of the government. Assistant Federal Defender Michael Petrik, Jr., appeared on behalf of Mr. Espinoza, present on bond.

Mr. Leras indicated that the government had not yet made a decision whether or not to appeal this Court's order suppressing evidence. The Court ordered the status conference continued to November 17, 2009, at 9:30 a.m., and excluded time under 18 U.S.C. § 3161(h)(1)(C) [Local Code D]. Defense counsel stipulated to the exclusion of time.

[PROPOSED] ORDER                                1                                08-448 JAM

After hearing the parties, the Court ordered the amount of the unsecured personal appearance bond reduced to $50,000.00.  The Court affirmed each of the other conditions set by the magistrate judge.

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to November 17, 2009, at 9:30 a.m.;

**IT IS ORDERED** that the period up to and including November 17, 2009, is excluded pursuant to 18 U.S.C. § 3161(h)(1)(C) [Local Code D]; and,

**IT IS ORDERED** that the amount of the unsecured appearance bond in this matter is reduced to $50,000.00 with all other conditions set by the magistrate judge to remain in effect.

Dated: 11/9/2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge