```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br>MARIO RAYMOND ESPINOZA, Jr., )<br>                             )<br>            Defendant.       )<br>                             )<br>_____) | No. 08-448 JAM<br><br>RELEASE ORDER<br><br>Date: November 16, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

    On November 16, 2010, this matter came before the Court for status conference.  The Court has received the Ninth Circuit decision in United States v. Espinoza, CA No. 09-10459.  In light of that decision, the Court has considered the issue of bail for Mr. Espinoza after hearing from the parties.

    Good cause appearing therefor,

    **IT IS ORDERED** that Mr. Espinoza be released on his own recognizance, subject to the special conditions attached to this order, immediately.

Dated: 11/16/2010            /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Judge

[PROPOSED] RELEASE ORDER            1                            08-448 JAM

**SPECIAL CONDITIONS OF RELEASE**

RE:  Espinoza, Mario
Doc. No. 2:08-CR-448-JAM

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are released to the third-party custody of <u>Mario Espinoza, Sr.</u>;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall submit to DNA testing as directed by the United States Attorney's Office;

6. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

9. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You shall not operate a motor vehicle unless you are properly licensed and insured.

Dated: November 15, 2010