BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-CR-0448 JAM |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| v. ) | |
| MARIO RAYMOND ESPINOZA, ) | |
| Defendant. ) | |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through its undersigned attorneys, moves the Court for an order dismissing the Indictment against defendant Mario Raymond Espinoza.

   Defendant is charged by Indictment in this case with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1). Defendant was arrested on September 8, 2008.  He later filed a motion to suppress evidence seized from his residence by Elk Grove Police Department officers on the date of his arrest.  The Court granted defendant's motion to suppress evidence in a Memorandum and Order dated October 15, 2009.  The Court of Appeals

1

for the Ninth Circuit affirmed the district court's order on November 16, 2010.

In light of the October 15, 2009 Order, the government does not have sufficient evidence to meet its burden to prove the case beyond a reasonable doubt at trial. The government therefore requests that the Court dismiss the Indictment in this case.

DATED: February 15, 2011

                        BENJAMIN B. WAGNER
                        United States Attorney

                    By: /s/ William S. Wong
                        WILLIAM WONG
                        Assistant U.S. Attorney

ORDER

Based on the government's motion, it is hereby ordered that the Indictment in Case Number 08-448 be dismissed with prejudice.

DATED: 2/16/2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE